IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOSHUA AARON BURNETT,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21cv00183 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **DANVILLE ADULT DET. CTR,** | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendant. | ) | |

Plaintiff Joshua Aaron Burnett, a former inmate proceeding *pro se,* filed this civil rights action under 42 U.S.C. § 1983. After filing this action, Burnett advised the court that he had been released from incarceration. (*See* ECF No. 6.) By order entered April 14, 2021, the court advised Burnett that, because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 7.) The court ordered Burnett to pay the balance of the filing fee or otherwise respond to the order within 10 days. (*Id.*) The court warned Burnett that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. (*Id.*) Burnett did not respond to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply.

**ENTERED** this 4th day of May, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE